UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4874-FMO (SP) | Date | September 8, 2014 |
|---|---|---|---|
| Title | MICHAEL ROSS v. F. FOULK, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order To Show Cause Why Petition Should Not Be Dismissed for Failure to Pay Filing Fee**

On July 17, 2014, petitioner filed a request to proceed in forma pauperis. On July 22, 2014, having reviewed petitioner's request and accompanying certified trust account statement, the court denied petitioner's first request to proceed in forma pauperis and ordered petitioner to pay the $5.00 filing fee on or before August 21, 2014.

On July 23, 2014, the court received a second declaration from petitioner in support of his request to proceed in forma pauperis (docket no. 11). Given the funds again shown on this second request, petitioner's second request to proceed in forma pauperis was also denied and petitioner was ordered to pay the $5.00 filing fee on or before August 21, 2014. Petitioner was warned that his failure to pay the filing fee could result in the involuntary dismissal of the action. More than two weeks having passed beyond the August 21, 2014 deadline, the court has not received the $5.00 filing fee.

Accordingly, the court hereby issues this ORDER TO SHOW CAUSE why this action should not be dismissed for petitioner's failure to pay the $5.00 filing fee. Plaintiff is ordered to respond to this Order to Show Cause on or before **September 29, 2014.** Plaintiff is cautioned that failure to respond to this Order to Show Cause within the time specified may be deemed consent to the dismissal without prejudice of this action. If the $5.00 filing fee is received by September 29, 2014, no further response to this Order to Show Cause is necessary.