JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROSS,<br><br>        Petitioner,<br><br>        v.<br><br>F. FOULK, Warden,<br><br>        Respondent. | Case No. CV 14-4874-FMO (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: January 23, 2017

                                        _____/s/_____
                                        HONORABLE FERNANDO M. OLGUIN
                                        UNITED STATES DISTRICT JUDGE